UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMION NATHANIEL BROMFIELD, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL MUKASEY, et al., <br><br> Respondents. | CASE NO. C08-1323-TSZ-BAT <br><br> ORDER OF DISMISSAL |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 8, is DISMISSED as moot, Respondent's motion to dismiss, Dkt. 15, is GRANTED, and;

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 8th day of January, 2009.

*[signature]*
Thomas S. Zilly
United States District Judge

ORDER